## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RONNIE J. NIXON**                                                    **PLAINTIFF**
ADC #176827

**v.**                          **CASE NO. 3:26-CV-00008-BSM**

**DOE,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE